UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------X
:
KEVIN J. MCNAMARA                   :         Chapter 13
:
:
Debtor                              :         No. 12-21403 ELF
:
------------------------------------X

## AMENDED CHAPTER 13 PLAN

Kevin J. McNamara, Debtor, through his attorney, hereby files this Amended Chapter 13 Plan as follows:

1. The future earnings of the Debtor are submitted to the supervision and control of the trustee and the Debtor shall pay the Trustee as follows:

   - $750.00 a month for 12 months; then
   - $800.00 a month for 12 months; then
   - $850.00 a month for 12 months; then
   - $900.00 a month for 12 months; then
   - $950.00 a month for 12 months

2. From the payments received, the trustee shall make disbursements as follows:

   a) Full payment of all claims entitled to priority under 11 U.S.C. Section 507:

      - Robert M. Kline, Esquire,            $ 3,500.00
      - Commonwealth of Pennsylvania         $ unknown

   b) Holders of secured claims shall retain their liens securing such claims and shall be paid outside the plan or as otherwise agreed:

      - Ocwen Loan Servicing LLC, 2116 Wharton Road, Glenside, PA (pending state court litigation)
      - Ocwen Loan Servicing LLC, 1610 Wesley Avenue, Ocean City, NJ, (to be sold via broker and paid in full).

   c) Any remaining funds shall be distributed pro rata to unsecured, non-priority creditors whose claims are duly allowed.

3. The following executory contract is rejected:

- Not applicable

Title to the Debtor's property shall revest in the Debtor on confirmation of a plan, or upon dismissal of the case after confirmation.

/s/Robert M. Kline
_____
Robert M. Kline, Esquire
P.O. Box 18806
Philadelphia, PA 19119
(215) 990-9490
Attorney for the Debtor

Dated: November 15, 2013