IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:
    Kevin J. McNamara
        Debtor(s)

Chapter 13

Bankruptcy Case: 12-21403 *ELF*

## CONSENT ORDER ~~RE: MOTION FOR RELIEF FROM STAY~~

    AND NOW, this_____ day of _____, 20___, upon motion of U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation, Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2004-9 by its servicer Ocwen Loan Servicing, LLC  ("U.S. Bank, National Association, as Trustee by its servicer Ocwen Loan Servicing, LLC") and upon consideration of Debtor's Answer, and upon agreement of counsel for movant and Counsel for Debtor, it is ORDERED ~~AND DECREED~~ that ~~Movant, U.S. Bank, National Association, as Trustee by its servicer Ocwen Loan Servicing, LLC  (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 (and §1301) to proceed with its mortgage foreclosure action and Sheriff's Sale (and all other rights under state and federal law)~~ concerning the Property (the "Property"): *1610 Wesley Avenue, Ocean City, NJ 08226*

    ~~It is further ORDERED~~ that automatic stay (under 11 USC §362 and/or §1301) with regard to the Debtor shall not arise as to U.S. Bank, National Association, as Trustee by its servicer Ocwen Loan Servicing, LLC (and any assignee/successor-in-interest) in this Bankruptcy or any other Bankruptcy filed by the Debtor within 180 days from the date the instant case is either dismissed or otherwise terminated.

    ~~It is further ORDERED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived and the requirements of Rule 3002.1 shall not apply to Movant.~~

*[handwritten left margin: and the case having been dismissed on Feb 11, 2014,]*

/s/ Leslie J. Rase, Esquire
Leslie J. Rase, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
Warrington, PA 18976
Telephone: 215-572-8111
lrase@sterneisenberg.com
Counsel for Creditor
Date:

/s/ Robert M. Kline, Esquire
Robert M. Kline, Esquire
PO Box 18806
Philadelphia, PA  19119
215-990-9490
Email: rmklinelaw@aol.com
Counsel for Debtor(s)
Date:

*[handwritten: as modified!]*

Approved

BY THE COURT:

*[handwritten: 3/20/14]*

_____
UNITED STATES BANKRUPTCY JUDGE